### HERNANDEZ v. STATE.
### No. 14117.

Court of Criminal Appeals of Texas. March 11, 1931.

Lloyd W. Davidson, State's Atty., of Austin, and Durwood H. Bradley, Dist. Atty., of Lubbock, for the State.

CHRISTIAN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for cne year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### McCLURY v. STATE.
### No. 14236.

Court of Criminal Appeals of Texas. March 11, 1931.

E. B. Lamson, of Port Arthur, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, confinement in the penitentiary for a period of eighteen months.

We fail to find in this record any statement of facts. There is one bill of exceptions, which complains of the introduction of certain testimony. In the absence of a statement of facts, we are unable to appraise the question thus attempted to be raised.

The judgment will be affirmed.